UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRINSTINA L. WOODS,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL ASTRUE, Commissioner of the<br>Social Security Administration,<br><br>　　　　　　Defendant. | Case No. C10-438-RSM-BAT<br><br>**REPORT AND<br>RECOMMENDATION** |

Plaintiff Christina L. Woods brought this action to seek judicial review of the denial of her application for disability insurance benefits by the Commissioner of the Social Security Administration. Dkt. 1. The parties have stipulated that (1) this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g); (2) the ALJ should address the State agency medical consultant's opinion regarding plaintiff's mental limitations and evaluate plaintiff's alcohol abuse; and (3) plaintiff is entitled to reasonable attorney fees and costs pursuant to 28 U.S,C. § 2412. Dkt. 15.

The Court recommends that this case be **REVERSED** and **REMANDED** pursuant to the parties' stipulation. Because the parties have stipulated that the case be remanded, the Court recommends that United States District Judge Ricardo S. Martinez immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED** for further

REPORT AND RECOMMENDATION – 1

1 administrative proceedings.  A proposed order accompanies this Report and Recommendation.

2 DATED this 29th day of September, 2010.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION – 2