1

2

3

4

5
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

7
CHRISTINA L. WOODS,                                    )
                                                       )
                    Plaintiff,         )       Case No. C10-438 RSM
8                                                      )
          v.                                           )       **ORDER REVERSING AND**
9                                                      )       **REMANDING CASE FOR**
MICHAEL ASTRUE, Commissioner of the    )       **FURTHER ADMINISTRATIVE**
10   Social Security Administration,                   )       **PROCEEDINGS**
                                                       )
11                  Defendant.          )

12          The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, the

13   Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate

14   Judge, and the balance of the record, does hereby find and **ORDER**:

15          (1)     The Court adopts the Report and Recommendation.

16          (2)     The final decision of the Commissioner is **REVERSED** and the case is

17                  **REMANDED** to the Social Security Administration for further administrative

18                  proceedings consistent with the Report and Recommendation.

19          (3)     The Clerk is directed to send copies of this Order to the parties and to Judge

20                  Tsuchida.

21          DATED  this 29 day of September 2010.

22

23
                                               RICARDO S. MARTINEZ
                                               UNITED STATES DISTRICT JUDGE

ORDER - 1